AO91 (Rev. 12/03)   Criminal Complaint                                        AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Alexis CASTILLO-Villarreal | Case Number: 1:18-po-876 |
| A215 703 020  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about    May 12, 2018    in    Cameron    County, in the    Southern District Of Texas    defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title    8    United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 12, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on May 12, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Mora, Sergio A.  Border Patrol Agent
Signature of Complainant

Mora, Sergio A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 13, 2018                                                           at        Brownsville, Texas
Date                                                                                 City/State

Ignacio Torteya III             U.S. Magistrate Judge
Name of Judge                     Title of Judge                       Signature of Judge